# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2011

Robert P. Young, Jr.,
Chief Justice

141985-7

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PINO COLONE, M.D.,
                Plaintiff-Appellant,

v

PATRICK R. WARDELL, HURLEY
MEDICAL CENTER BOARD OF
HOSPITAL MANAGERS, UNIVERSITY
OF MICHIGAN, UNIVERSITY HOSPITAL,
and REGENTS OF UNIVERSITY OF
MICHIGAN,
                Defendants-Appellees.

SC: 141985-7
COA: 287601, 287625, 289111
Genesee CC: 07-086428-CZ

_____/

On order of the Court, the application for leave to appeal the October 7, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2011

0330

Clerk